UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LYNN O'HINES, aka JACKSON MALLOY,

    Petitioner,

vs.

Warden JEFF FREELAND; Ombudsman JOHN ONRIVEROS; Director of Corrections, Arizona Department of Corrections, DORA B. SCHRIRO; Director of Corrections, California Department of Corrections, JAMES GOMEZ; State Attorney General EDMUND G. BROWN, JR.,

    Respondents.

No. C 09-1647 PJH (PR)

**ORDER OF DISMISSAL**

    This is a habeas case filed pro se by a prisoner currently incarcerated in Florence, Arizona. The petition was dismissed with leave to amend, the court instructing him to remedy specified deficiencies, including:

    (1) saying clearly, giving the date, what judgment that he seeks to attack, saying what sort of judgment it was (criminal conviction, revocation of parole, or whatever), and giving the name of the court or administrative body which entered it; (2) showing how he exhausted the present claims by presenting them to the highest state court available, the California Supreme Court; (3) saying clearly if he has any action pending presently in any court which seeks to attack the judgment he attacks here, including the name of the court and if possible, the case number; and (4) most importantly, clearly stating the basis for his claims for relief in this court, bearing in mind that this court can grant habeas relief only for violations of federal law.

    Petitioner has filed an amended petition. It does not, however, remedy the deficiencies identified in the court's dismissal with leave to amend, and does not comply with the part of the order quoted above. The case will be dismissed.

**CONCLUSION**

For the reasons set out above, this case is **DISMISSED**.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  June 25, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.09\O'HINES1647.DSM.wpd